1016

[No. 32609-8-III. Division Three. July 30, 2015.]

LEWIS RUDOLPH; MORGAN ET AL., *Appellants*, v. STEVEN P. ADAMS ET AL., *Respondents*.

by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32612-8-III. Division Three. July 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GERHARD R. WINTERMEIER, *Appellant*.

by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 70761-2-I. Division One. August 3, 2015.]

CHANNARY HOR, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[Nos. 71119-9-I; 72592-1-1; 72593-9-I. Division One. August 3, 2015.]

*In the Matter of the Marriage of* AMBER SCHUBERT, *Respondent*, and VICTOR SCHUBERT, *Appellant*.

by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Leach, J.